Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendants: 233 Broadway Owners LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

                                                      21 MC 102(AKH)

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)      FEDERAL CIVIL
                                                      RULE 7.1 DISCLOSURE
06CV1520                                               STATEMENT
06CV5339

IN WHICH 233 BROADWAY OWNERS LLC
PARTIES ARE DEFENDANTS
----------------------------------------------------------------X

SIRS:

       Defendants, 233 Broadway Owners LLC by their attorney, Frank A. Scanga, Esq, are privately held companies. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
         July 31, 2007

                                      FRANK A. SCANGA, ESQ.
                                      Attorney for Defendants,
                                      233 Broadway Owners LLC
                                      477 Madison Avenue
                                      21st Floor
                                      New York, New York 10022
                                      (212) 758-4040

                         By: _____
                            Frank A. Scanga (FS 1460)