William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

——————————————————————X

CIRILO ENCALADA (AND WIFE, MELVA
ENCALADA)
                                            **NOTICE OF THE
                                            BROOKFIELD
                    V.                      PARTIES' ADOPTION OF
                                            AMENDED ANSWER
                                            TO MASTER
                                            COMPLAINT**

100 WALL STREET COMPANY, LLC, ET. AL.,      CASE NUMBER: (AKH)
                                            07 CV 4465
——————————————————————X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., WFP Tower D Co. L.P. and WFP Tower D Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 30 2007

                                      Faust, Goetz, Schenker & Blee, LLP

                                      By: William J. Smith (WJS-9137)
                                      Attorneys for the Brookfield Parties
                                      Two Rector Street, 20th Floor
                                      New York, NY 10006
                                      (212) 363-6900