Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
COLLIERS ABR, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    21 MC 102 (AKH)

CIRILO ENCALADA (AND WIFE, MELVA           Index No.:  07-CV-4465
ENCALADA),
                                            **NOTICE OF ADOPTION OF ANSWER**
                         Plaintiff(s),      **TO MASTER COMPLAINT**

        -against-                           **ELECTRONICALLY FILED**

100 WALL STREET COMPANY LLC, *et al.*,

                         Defendant(s).
--------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, COLLIERS ABR, INC., by its attorneys,

McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the

Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated August 3, 2007,

which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site*

*Litigation*, 21 MC 102 (AKH).

        WHEREFORE, the defendant, COLLIERS ABR, INC., demands judgment dismissing

the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       December 7, 2007

Yours etc.,

McGIVNEY & KLUGER, P.C.
Attorneys for Defendant
COLLIERS ABR, INC.

By:

Richard E. Leff (RL-2123)
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel